*Penelope Kinney*, pro se, in support of the petition.

*F. Erik Kaneko*, in opposition.

Decided March 30, 1999

STATE OF CONNECTICUT *v.* IVAN CEPEDA

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 409 (AC 16082), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Paul R. Kraus*, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided April 7, 1999

STATE OF CONNECTICUT *v.* JAMEL BURKE

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 798 (AC 17733), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Theresa M. Dalton*, assistant public defender, in support of the petition.

*Ellen A. Jawitz*, deputy assistant state's attorney, in opposition.

Decided April 7, 1999